# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE MITCHELL,<br><br>     Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No.: 1:11-cv-01275 JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 6) |

On November 8, 2011, the Court issued an Order to Show Cause as to why the matter should not be dismissed for Plaintiff's failure to prosecute and obey the Court's orders. (Doc. 6). In response, timely Plaintiff filed a proof of service indicating Defendant has been served, and completed (Doc. 7) and indicated her consent to jurisdiction of the Magistrate Judge (Doc. 8). Further, Plaintiff filed a response to the order to demonstrate proper venue. (Doc. 9). Therefore, Plaintiff has complied with the terms of the Order to Show Cause.

Accordingly, IT IS HEREBY ORDERED:

The Order to Show Cause dated November 8, 2011, is **DISCHARGED**

IT IS SO ORDERED.

Dated:  **November 23, 2011**                                          /s/ Jennifer L. Thurston
                                                                                          UNITED STATES MAGISTRATE JUDGE

1