UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LISA MARIE MITCHELL,<br><br>       Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner Social Security,<br><br>       Defendant(s). | No. CV 11-9980-JAK (AGR)<br><br>ORDER RE DISMISSAL |

On August 1, 2011, Plaintiff Lisa Marie Mitchell ("Mitchell") filed a complaint requesting judicial review of an adverse decision by Defendant Michael J. Astrue, Commissioner of Social Security. pursuant to 42 U.S.C. § 405(g). The complaint was filed in the Eastern District of California. On November 28, 2011, the case was transferred to this district.

On March 21, 2012, the Defendant filed a motion to dismiss the complaint for lack of jurisdiction based on Plaintiff's failure to exhaust administrative remedies. On April 11, 2012, Plaintiff Lisa Marie Mitchell filed a Statement of Non-Opposition, in which she stated that "without waiver, [she] does not oppose the Motion to Dismiss." (Dkt. No. 19.)

For the reasons set forth in the Defendant's motion to dismiss, this Court does not have jurisdiction to hear Mitchell's complaint. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for lack of jurisdiction and that judgment be entered for Defendant. 42 U.S.C. § 405(g).

DATED: April 19, 2012

JOHN A. KRONSTADT
United States District Judge