UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LISA MARIE MITCHELL, <br>     Plaintiff, <br> vs. <br> MICHAEL J. ASTRUE, Commissioner of Social Security Administration, <br>     Defendant. | CASE NO. CV 11-9980-JAK (AGR) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Defendant and this action is dismissed without prejudice for lack of jurisdiction.

DATED: April 19, 2012

_____
JOHN A. KRONSTADT
United States District Judge